# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Richard R. Mernagh, | No. CV-11-1568-PHX-GMS |
| Plaintiff, |  |
| v. | **ORDER** |
| Allied Interstate LLC, |  |
| Defendant. |  |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. 10), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 3rd day of November, 2011.

*A. Murray Snow*
G. Murray Snow
United States District Judge